# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE:                              )     CHAPTER 7
                                  )     CASE NO. <u>05-80091-GFK</u>

OLSEN, BRIAN MARSHALL       )
                                  )     TRUSTEE'S FINAL REPORT AND
                                  )     PROPOSED DISTRIBUTION
               Debtor (s)           )

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1.       That attached hereto as <u>Form 1</u> is an accounting of the trustee's disposition of all property of the estate.

2.       That attached hereto as <u>Form 2</u> is an itemized statement of the trustee's receipts and disbursements showing total receipts of $<u>46,467.86</u>, disbursements of $<u>16,777.48</u>, and balance on hand of $<u>29,690.38</u>. The balance on hand will remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3.       The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4.       The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____ (not including interim disbursements reported on Form 2):

| Name of<br><u>Entity</u> | Nature of<br><u>Interest</u> | Proposed<br><u>Payment</u> |
|---|---|---|
| | | |

5.       The maximum allowable trustee compensation is $<u>5,362.21</u>. The trustee has received $<u>0.00</u> for interim compensation, and $<u>0.00</u> for reimbursement of interim expenses and requests an additional $<u>5,362.21</u> for final compensation and an additional $<u>233.70</u> for final reimbursement of expenses.

6.       The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

(a)    $16,038.67, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 5,362.21 | 5,362.21 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 233.70 | 233.70 |
| FULLER, SEAVER & RAMETTE, P.A. | TRUSTEE ATTORNEY FEES | 752.50 | 752.50 |
| LEONARD OBRIEN SPENCER GALE & SAYRE | TRUSTEE ATTORNEY FEES | 1,787.50 | 1,787.50 |
| LINDA  M. BERREAU | ACCOUNTANT FEES | 1,457.00 | 1,457.00 |
| LEONARD O"BRIEN SPENCER GALE & SAYR | OTHER CHAPTER 7 ADMIN EXP (ATTORNEY FEES ) | 2,892.50 | 2,892.50 |
| LEONARD, O'BRIEN, SPENCER, GALE & S | OTHER CHAPTER 7 ADMIN EXP (ATTORNEY EXPENSES) | 2.55 | 2.55 |
| LINDA M. BERREAU * | ACCOUNTANT EXPENSES | 42.80 | 42.80 |
| CRAIG BIORN, COLLECTION AGENT | COLLECTION FEES | 3,507.91 | 3,507.91 |
|  | Total | 16,038.67 | 16,038.67 |

(b)    $0.00  for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|

(c)    $17,159.62, for unsecured creditors allowed in the total amount of $188,664.99, yielding a dividend of 9.0952858% as itemized below or in Exhibit C attached hereto:

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|
| BLINE LLC | 000002 | 664.99 | 60.48 |
| WILLIAM S RADZWILL | 000001 | 188,000.00 | 17,099.14 |
| Total | | $188,664.99 | $17,159.62 |

       7.    The trustee's distribution of gross receipts of $46,467.86 from liquidation of all property of the estate is summarized below:

| | | |
|---|---|---|
| $ 5,362.21 | a. | Trustee Compensation |
| $ 14,963.00 | b. | Fee for Attorney for Trustee |
| $ 0.00 | c. | Fee for Attorney for Debtor |
| $ 4,964.91 | d. | Other Professionals |
| $ 3,672.35 | e. | All expenses, including Trustee and Court costs |
| $ 0.00 | f. | Secured Creditors |
| $ 0.00 | g. | Priority Creditors |
| $ 17,159.62 | h. | Unsecured Creditors |
| $ 0.00 | i. | Other Payments, except to Debtor (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ 46,122.09 | j. | SUBTOTAL (sum of lines a through i) |
| $ 345.77 | k. | Payments to Debtor (including payments of exemptions) |
| $ 46,467.86 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

       8.    The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated:  November 26, 2008                         /e/ Randall L. Seaver
                                                  RANDALL L. SEAVER, Trustee
                                                  12400 PORTLAND AVENUE SOUTH
                                                  SUITE 132
                                                  BURNSVILLE, MN  55337
                                                  (952) 890-0888


<u>REVIEW BY UNITED STATES TRUSTEE</u>

I have reviewed the trustee's Final Report and Proposed Distribution.

Dated:  __December 31, 2008_                      HABBO G. FOKKENA
                                                  UNITED STATES TRUSTEE
                                                  Region 12


                                                  By:____ Craig A Bumann____

Case No:       05-80091     GFK    Judge: Gregory F. Kishel

Case Name:     OLSEN, BRIAN MARSHALL

For Period Ending: 11/29/08

Trustee Name:                          RANDALL L. SEAVER
Date Filed (f) or Converted (c):       10/14/05 (f)
341(a) Meeting Date:                   12/12/05
Claims Bar Date:                       06/05/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOMESTEAD | 107,900.00 | 0.00 | DA | 0.00 | FA |
| 1/2 INTEREST | | | | | |
| Debtor Claimed Exemption | | | | | |
| 2. ACCOUNTS RECEIVABLE | 10,000.00 | 35,000.00 | | 32,006.45 | FA |
| 3. 2000 BUICK LESABRE | 5,500.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. LAW OFFICE BOOKS | 3,500.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. WATCH | 150.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. INTERESTS IN INSURANCE POLICIES | 7,007.98 | 7,500.00 | | 7,500.00 | FA |
| 7. INTERESTS IN INSURANCE POLICIES | 7,569.59 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. IRA | 1,940.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. RETIREMENT PLAN | 21,914.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. LAW OFFICE FURNITURE | 1,500.00 | 0.00 | DA | 0.00 | FA |
| Exempt | | | | | |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 428.89 | Unknown |
| 14. BANK ACCOUNTS (u) | 0.00 | 2,875.88 | | 2,875.88 | FA |
| 15. PREPETITION EARNINGS (u) | 0.00 | 221.24 | | 221.24 | FA |

Case No:      05-80091      GFK    Judge: Gregory F. Kishel

Case Name:    OLSEN, BRIAN MARSHALL

Trustee Name:          RANDALL L. SEAVER

Date Filed (f) or Converted (c):    10/14/05 (f)

341(a) Meeting Date:        12/12/05

Claims Bar Date:            06/05/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16. GARNISHMENT RECOVERY (u) | 0.00 | 1,817.40 | | 1,817.40 | FA |
| 17. 2005 MN INCOME TAX REFUND (u) | 0.00 | 1,272.24 | | 1,618.00 | FA |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $169,981.57 | $48,686.76 | | $46,467.86 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/07        Current Projected Date of Final Report (TFR): 11/30/08

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-80091 -GFK |
| Case Name: | OLSEN, BRIAN MARSHALL |
| Taxpayer ID No: | *******6039 |
| For Period Ending: | 11/29/08 |

| | |
|---|---|
| Trustee Name: | RANDALL L. SEAVER |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7800  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 18,736,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/07/05 | 2 | Rhonda L. Ortloff<br>1412 Baxter Ave. N.<br>Glencoe, MN  55336 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 25.00 |
| 12/07/05 | 2 | Jason Baalson<br>122 S Fuller Avenue<br>Litchfield, MN  55355-2721 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 75.00 |
| 12/07/05 | 2 | Rhonda Ortloff<br>1412 Baxter Ave. N.<br>Glencoe, MN | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 100.00 |
| 12/07/05 | 2 | Brian M. Olsen<br>P.O. Box 988<br>Cokato, MN  55321 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 150.00 |
| 12/30/05 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 0.05 | | 150.05 |
| 01/25/06 | 2 | Brian M. Olsen<br>Cokato, MN  55321 | ACCOUNTS RECEIVABLE | 1121-000 | 700.10 | | 850.15 |
| 01/25/06 | 2 | Rhonda L. Ortloff<br>1412 Baxter Avenue N.<br>Glencoe, MN  55336 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 875.15 |
| 01/25/06 | 2 | Gary W. Brown<br>240 Andy Ave PO Box 191<br>Winsted, MN  55395 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 900.15 |
| 01/25/06 | 2 | Jason A. Baalson<br>122 S Fuller Avenue<br>Litchfield, MN  55355-2721 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 950.15 |
| 01/29/06 | | Brian M. Olsen<br>PO Box 988<br>Cokato, MN  55321 | Settlement payment | | 3,097.12 | | 4,047.27 |
| | 14 | BRIAN M. OLSEN | Memo Amount:      2,875.88<br>BANK ACCOUNT | 1229-000 | | | |

Page Subtotals          4,047.27          0.00

LFORM24

Ver: 14.11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        05-80091  -GFK
Case Name:      OLSEN, BRIAN MARSHALL

Taxpayer ID No:  *******6039
For Period Ending: 11/29/08

Trustee Name:                    RANDALL L. SEAVER
Bank Name:                       BANK OF AMERICA, N.A.
Account Number / CD #:           *******7800  Money Market - Interest Bearing

Blanket Bond (per case limit):   $ 18,736,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 15 | | Memo Amount:          221.24 | 1229-000 | | | |
| | | | Prepetition earnings | | | | |
| 01/29/06 | 2 | Nathan Radoush<br>5476 Bluebell Avenue<br>Virginia, MN  55792 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 4,097.27 |
| 01/29/06 | 2 | Jason Baalson<br>122 S Fuller Avenue<br>Litchfield, MN  55355-2721 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 4,147.27 |
| 01/29/06 | 2 | Jason French<br>909 7th St Apt 2<br>PO Box 595<br>Howard Lake, MN  55349 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 4,197.27 |
| 01/29/06 | 2 | Mr or Mrs Earl Olson<br>1125 Cheyenne St SW<br>Hutchinson, MN  55350 | ACCOUNTS RECEIVABLE | 1121-000 | 300.00 | | 4,497.27 |
| 01/29/06 | 2 | Shawn D. Klein<br>PO Box 142<br>Watertown, MN  55388 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 4,522.27 |
| 01/29/06 | 2 | Warren Decker<br>1418 County Road 7 SW<br>Howard Lake, MN  55349 | ACCOUNTS RECEIVABLE | 1121-000 | 100.00 | | 4,622.27 |
| 01/29/06 | 2 | David Keskey<br>PO Box 336<br>Cokato, MN  55321 | ACCOUNTS RECEIVABLE | 1121-000 | 100.00 | | 4,722.27 |
| 01/29/06 | 2 | Bernard Munsterteiger<br>1069 Paseo La Cresta<br>Chula Vista, CA  91910 | ACCOUNTS RECEIVABLE | 1121-000 | 250.00 | | 4,972.27 |
| 01/31/06 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 0.10 | | 4,972.37 |
| 02/28/06 | 13 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.38 | | 4,975.75 |
| 03/31/06 | 13 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.23 | | 4,979.98 |

Page Subtotals                          932.71                    0.00

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 05-80091 -GFK | | | Trustee Name: | RANDALL L. SEAVER | |
| Case Name: | OLSEN, BRIAN MARSHALL | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | | Account Number / CD #: | *******7800 Money Market - Interest Bearing | |
| Taxpayer ID No: | *******6039 | | | | | |
| For Period Ending: | 11/29/08 | | | Blanket Bond (per case limit): | $ 18,736,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/07/06 | 2 | Lund Kain & Scott, P.A.<br>Trust Account<br>13 Seventh Avenue S.<br>St. Cloud, MN 56301-4259 | ACCOUNTS RECEIVABLE | 1121-000 | 4,487.77 | | 9,467.75 |
| 04/14/06 | 2 | Joel P. Rokala<br>Kristina M. Rokala<br>31071 - 724th Avenue<br>Dassel, MN 55325 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 9,517.75 |
| 04/28/06 | 13 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.31 | | 9,524.06 |
| 05/16/06 | 2 | Joel P Rokala<br>Krisitina M Rokala<br>31071 724th Avenue<br>Dassel, MN 55325 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 9,574.06 |
| 05/17/06 | 16 | Office of the Sheriff<br>Hennepin County, Minnesota | Garnishment recovery | 1229-000 | 1,817.40 | | 11,391.46 |
| 05/31/06 | 13 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.60 | | 11,400.06 |
| 06/19/06 | 2 | TravelersExpress MoneyGram<br>from Shawn Heairet | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 11,450.06 |
| 06/19/06 | 2 | Postal Money Order<br>fromKris Sielocker | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 11,475.06 |
| 06/19/06 | 2 | Warren Decker<br>1418 County Rd 7<br>Howard Lake, MN 55349 | ACCOUNTS RECEIVABLE | 1121-000 | 100.00 | | 11,575.06 |
| 06/19/06 | 2 | Shawn Klein<br>P.O. Box 142<br>Watertown, MN 55388 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 11,600.06 |
| * 06/19/06 | 2 | Lund Kain & Scott, P.A.<br>Trust Account<br>137th Avenue Sputh<br>St. Cloud, MN 56301 | ACCOUNTS RECEIVABLE | 1121-003 | 985.00 | | 12,585.06 |

Page Subtotals      7,605.08      0.00

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 05-80091  -GFK | |
| Case Name: | OLSEN, BRIAN MARSHALL | |
| Taxpayer ID No: | *******6039 | |
| For Period Ending: | 11/29/08 | |

| | |
|---|---|
| Trustee Name: | RANDALL L. SEAVER |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7800  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 18,736,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 06/19/06 | 2 | Lund Kain & Scott, P.A.<br>Trust Account<br>137th Avenue Sputh<br>St. Cloud, MN  56301 | ACCOUNTS RECEIVABLE<br>Wrong amount | 1121-003 | -985.00 | | 11,600.06 |
| | 06/19/06 | 2 | Lund Kain & Scott, P.A.<br>Trust Account<br>137th Avenue Sputh<br>St. Cloud, MN  56301 | ACCOUNTS RECEIVABLE | 1121-000 | 985.50 | | 12,585.56 |
| | 06/21/06 | 2 | Joel P. Rokala<br>Kristina M. Rokala<br>31071 724th Avenue<br>Dassel, MN  55325 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 12,635.56 |
| | 06/22/06 | 000101 | Interantional Sureties, Ltd.<br>ATTN:  Marley V. Miller<br>203 Carondelolet, Ste. 500<br>New Orleans, LA  70112 | Trustee bond<br>Bond #016018055 | 2300-000 | | 10.34 | 12,625.22 |
| | 06/30/06 | 13 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.63 | | 12,634.85 |
| | 07/08/06 | 2 | Lisa Nelson<br>P.O. Box 31<br>Forbes, ND  58439 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 12,659.85 |
| | 07/13/06 | 2 | Joel and Krisitina Rokala<br>31701 724th Ave<br>Dassel, MN  55325 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 12,709.85 |
| | 07/24/06 | 2 | Lund Kain & Scott, P.A.<br>137th Avenue south<br>St Cloud, MN  56301 | ACCOUNTS RECEIVABLE | 1121-000 | 359.10 | | 13,068.95 |
| | 07/31/06 | 13 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.80 | | 13,079.75 |
| | 08/17/06 | 2 | Lund Kain & Scott, P.A.<br>Trust Account<br>137th Avenue South | ACCOUNTS RECEIVABLE | 1121-000 | 450.00 | | 13,529.75 |

|  | Page Subtotals | 955.03 | 10.34 | |
|---|---|---|---|---|

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 05-80091 -GFK | | | Trustee Name: | RANDALL L. SEAVER | |
| Case Name: | OLSEN, BRIAN MARSHALL | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | | Account Number / CD #: | *******7800  Money Market - Interest Bearing | |
| Taxpayer ID No: | *******6039 | | | | | |
| For Period Ending: | 11/29/08 | | | Blanket Bond (per case limit): | $ 18,736,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | St Cloud, MN  56301 | | | | | |
| 08/17/06 | 2 | Joel or Kristina Rokala 31071 724th Avenue Dassel, MN  55325 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 13,579.75 |
| 08/31/06 | 13 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.23 | | 13,590.98 |
| 09/05/06 | 6 | First National Bank   Cashier's check | Non-exempt insurance policy | 1129-000 | 7,500.00 | | 21,090.98 |
| 09/18/06 | 2 | Joel or Kristina Rokala 31071 724th Ave Dassel, MN  55325 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 21,140.98 |
| 09/25/06 | 2 | First National Bank   Cashier's check | ACCOUNTS RECEIVABLE | 1121-000 | 10,000.00 | | 31,140.98 |
| 09/29/06 | 13 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 15.79 | | 31,156.77 |
| 10/11/06 | 2 | LUND KAIN & SCOTT, P.A. TRUST ACCOUNT 13  7TH AVE SOUTH ST CLOUD, MN 56301 | ACCOUNTS RECEIVABLE | 1121-000 | 566.28 | | 31,723.05 |
| 10/14/06 | 2 | JOEL AND KRISTINA ROKALA 31071 724TH AVENUE DASSEL, MN  55325 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 31,773.05 |
| 10/31/06 | 13 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 26.72 | | 31,799.77 |
| 11/13/06 | 2 | Joel and Kristina Rokala 31071 724th Avenue Dassel, MN  55325 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 31,849.77 |
| 11/30/06 | 13 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 26.16 | | 31,875.93 |
| 12/01/06 | 2 | Lund Kain & Scott, P.A. Trust Account 13 7th Avenue South St Cloud, MN  56301 | ACCOUNTS RECEIVABLE | 1121-000 | 207.00 | | 32,082.93 |

Page Subtotals        18,553.18        0.00

Ver: 14.11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:      05-80091  -GFK

Case Name:    OLSEN, BRIAN MARSHALL

Taxpayer ID No:  *******6039

For Period Ending:  11/29/08

Trustee Name:         RANDALL L. SEAVER

Bank Name:           BANK OF AMERICA, N.A.

Account Number / CD #:  *******7800  Money Market - Interest Bearing

Blanket Bond (per case limit):  $ 18,736,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/15/06 | 2 | Joel or Kristina Rokala<br>31071 724th Ave<br>Dassel, MN  55325 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 32,132.93 |
| 12/29/06 | 13 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 27.23 | | 32,160.16 |
| 01/04/07 | 2 | LUND KAIN & SCOTT, P.A.<br>TRUST ACCOUNT<br>13 7TH AVENUE SOUTH<br>ST CLOUD, MN  56301 | ACCOUNTS RECEIVABLE | 1121-000 | 202.50 | | 32,362.66 |
| 01/04/07 | 17 | DEPARTMENT OF FINANCE-STATE TREASUR<br>STATE OF MINNESOTA | 2005 MN INCOME TAX REFUND | 1224-000 | 1,618.00 | | 33,980.66 |
| 01/04/07 | 000102 | BRIAN M OLSEN | DEBTOR SHARE OF MN TAX REFUND | 8500-000 | | 345.77 | 33,634.89 |
| 01/31/07 | 13 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 28.45 | | 33,663.34 |
| 02/01/07 | | Biorn Corporation<br>P.O. Box 464<br>Rockford, MN  55373 | ACCOUNTS RECEIVABLE | | 84.00 | | 33,747.34 |
| | 2 | BIORN CORPORATION | Memo Amount:        120.00<br>ACCOUNTS RECEIVABLE | 1121-000 | | | |
| | | | Memo Amount:    (       36.00 )<br>COLLECTION FEE | 3991-000 | | | |
| 02/06/07 | | BIORN CORP<br>P.O. BOX 464<br>ROCKFORD, MN  55373 | ACCOUNTS RECEIVABLE | | 936.25 | | 34,683.59 |
| | 2 | BIORN CORP | Memo Amount:      1,337.50<br>ACCOUNTS RECEIVABLE | 1121-000 | | | |
| | | | Memo Amount:    (     401.25 )<br>COLLECTION FEES | 3991-000 | | | |
| 02/21/07 | 000103 | LEONARD O'BRIEN SPENCER GALE & SAYRE<br>100 SOUTH FIFTH STREET, SUITE 2500<br>MINNEAPOLIS, MN  55402-1216 | ATTORNEYS FEES | 3210-000 | | 3,422.00 | 31,261.59 |

Page Subtotals      2,946.43      3,767.77

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-80091 -GFK |
| Case Name: | OLSEN, BRIAN MARSHALL |
| Taxpayer ID No: | *******6039 |
| For Period Ending: | 11/29/08 |

| | |
|---|---|
| Trustee Name: | RANDALL L. SEAVER |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7800  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 18,736,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/21/07 | 000104 | LEONARD O'BRIEN SPENCER GALE & SAYRE 100 SOUTH FIFTH STREET, SUITE 2500 MINNEAPOLIS, MN  55402-1216 | INTERIM ATTORNEY FEES | 3210-000 | | 9,001.00 | 22,260.59 |
| 02/21/07 | 000105 | LEONARD O'BRIEN SPENCER GALE & SAYRE 100 SOUTH FIFTH STREET, SUITE 2500 MINNEAPOLIS, MN  55402-1216 | INTEREIM ATTORNEY EXPENSES | 3220-000 | | 430.32 | 21,830.27 |
| 02/28/07 | 13 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 25.49 | | 21,855.76 |
| 03/14/07 | | BIORN CORPORATION P.O. BOX 464 7865 E HWY 55, SUITE 101 ROCKFORD, MINNESOTA  55373 | ACCOUNTS RECEIVABLE | | 227.50 | | 22,083.26 |
| | 2 | BIORN CORPORATION | Memo Amount:        325.00 ACCOUNTS RECEIVABLE | 1121-000 | | | |
| | | | Memo Amount:     (      97.50 ) COLLECTION FEE | 3991-000 | | | |
| 03/30/07 | 13 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 18.83 | | 22,102.09 |
| 04/03/07 | | BIORN CORPORATION 7865 E HWY 55, SUITE 101 ROCKFORD, MN  55373 | ACCOUNTS RECEIVABLE | | 408.45 | | 22,510.54 |
| | 2 | BIORN CORPORATION | Memo Amount:        583.50 ACCOUNTS RECEIVABLE | 1121-000 | | | |
| | | | Memo Amount:     (     175.05 ) COLLECTION FEE | 3991-000 | | | |
| 04/30/07 | 13 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 18.45 | | 22,528.99 |
| 05/04/07 | | BIORN CORP P.O. BOX 464 ROCKFORD, MN  55373 | ACCOUNTS RECEIVABLE | | 765.66 | | 23,294.65 |
| | 2 | BIORN CORP | Memo Amount:     1,093.80 ACCOUNTS RECEIVABLE | 1121-000 | | | |

| | | | Page Subtotals | | 1,464.38 | 9,431.32 | |

Case No:      05-80091  -GFK

Case Name:    OLSEN, BRIAN MARSHALL

Taxpayer ID No:  *******6039

For Period Ending:  11/29/08

Trustee Name:          RANDALL L. SEAVER

Bank Name:             BANK OF AMERICA, N.A.

Account Number / CD #:  *******7800  Money Market - Interest Bearing

Blanket Bond (per case limit):   $ 18,736,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memo Amount:  (     328.14 ) | 3991-000 | | | |
| | | | COLLECTION FEES | | | | |
| 05/31/07 | 13 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 19.64 | | 23,314.29 |
| 06/19/07 | | BIORN CORPORATION | ACCOUNTS RECEIVABLE | | 420.00 | | 23,734.29 |
| | | P.O. BOX 464 | | | | | |
| | | ROCKFORD, MN  55373 | | | | | |
| | 2 | BIORN CORPORATION | Memo Amount:      600.00 | 1121-000 | | | |
| | | | ACCOUNTS RECEIVABLE | | | | |
| | | | Memo Amount:  (     180.00 ) | 3991-000 | | | |
| | | | COLLECTION FEES | | | | |
| 06/20/07 | 000106 | INTERNATIONAL SURETIES, LTD | TRUSTEE BOND | 2300-000 | | 27.47 | 23,706.82 |
| | | ATTN:  MARLEY V. MILLER | | | | | |
| | | 203 CARONDELOLET, STE 500 | | | | | |
| | | NEW ORLEANS, LA  70130 | | | | | |
| 06/29/07 | 13 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 19.26 | | 23,726.08 |
| 07/11/07 | | BIORN CORP | ACCOUNTS RECEIVABLE | | 490.00 | | 24,216.08 |
| | | ROCKFORD, MN  55373 | | | | | |
| | 2 | BIORN CORP | Memo Amount:      700.00 | 1121-000 | | | |
| | | | ACCOUNTS RECEIVABLE | | | | |
| | | | Memo Amount:  (     210.00 ) | 3991-000 | | | |
| | | | COLLECTION FEE | | | | |
| 07/31/07 | 13 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 20.37 | | 24,236.45 |
| 08/10/07 | | BIORN CORP | ACCOUNTS RECEIVABLE | | 440.16 | | 24,676.61 |
| | | P.O. BOX 464 | | | | | |
| | | ROCKFORD, MN  55373 | | | | | |
| | 2 | BIORN CORP | Memo Amount:      628.80 | 1121-000 | | | |
| | | | ACCOUNTS RECEIVABLE | | | | |
| | | | Memo Amount:  (     188.64 ) | 3991-000 | | | |
| | | | COLLECTION FEES | | | | |

Page Subtotals                 1,409.43          27.47

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 05-80091 -GFK | |
| Case Name: | OLSEN, BRIAN MARSHALL | |
| Taxpayer ID No: | *******6039 | |
| For Period Ending: | 11/29/08 | |

| | | |
|---|---|---|
| Trustee Name: | RANDALL L. SEAVER |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7800 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 18,736,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/07 | 13 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.80 | | 24,697.41 |
| 09/08/07 | 2 | BIORN CORPORATION<br>P.O. BOX 464<br>ROCKFORD, MN 55373 | ACCOUNTS RECEIVABLE | 1121-000 | 337.65 | | 25,035.06 |
| 09/28/07 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 15.85 | | 25,050.91 |
| 10/08/07 | | BIORN CORPORATION<br>P.O. BOX 464<br>ROCKFORD, MN 55373 | ACCOUNTS RECEIVABLE | | 315.00 | | 25,365.91 |
| | 2 | BIORN CORPORATION | Memo Amount: 450.00<br>ACCOUNTS RECEIVABLE | 1121-000 | | | |
| | | | Memo Amount: ( 135.00 )<br>COLLECTION FEE | 3991-000 | | | |
| 10/31/07 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 16.07 | | 25,381.98 |
| 11/06/07 | | BIORN CORPORATION<br>TRUST ACCOUNT<br> P O BOX 464<br>ROCKFORD, MN 55373 | ACCOUNTS RECEIVABLE | | 367.50 | | 25,749.48 |
| | 2 | BIORN CORPORATION | Memo Amount: 525.00<br>ACCOUNTS RECEIVABLE | 1121-000 | | | |
| | | | Memo Amount: ( 157.50 )<br>COLLECTION FEES | 3991-000 | | | |
| 11/30/07 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 13.67 | | 25,763.15 |
| 12/10/07 | | BIORN CORP<br>P O BOX 464<br>ROCKFORD, MN 55373 | ACCOUNTS RECEIVABLE | | 350.00 | | 26,113.15 |
| | 2 | BIORN CORP | Memo Amount: 500.00<br>ACCOUNTS RECEIVABLE | 1121-000 | | | |
| | | | Memo Amount: ( 150.00 )<br>COLLECTION FEE | 3991-000 | | | |

Page Subtotals     1,436.54     0.00

LFORM24

Ver: 14.11

Case No:         05-80091 -GFK                           Trustee Name:           RANDALL L. SEAVER

Case Name:     OLSEN, BRIAN MARSHALL                   Bank Name:             BANK OF AMERICA, N.A.

                                                    Account Number / CD #:     *******7800 Money Market - Interest Bearing

Taxpayer ID No:    *******6039

For Period Ending:   11/29/08                              Blanket Bond (per case limit):    $ 18,736,000.00

                                                    Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/07 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 12.40 | | 26,125.55 |
| 01/08/08 | | BIORN CORPORATION | ACCOUNTS RECEIVABLE | | 297.50 | | 26,423.05 |
| | | TRUST ACCOUNT | | | | | |
| | | P O BOX 464 | | | | | |
| | | ROCKFORD, MN 55373 | | | | | |
| | 2 | BIORN CORPORATION | Memo Amount:      425.00 | 1121-000 | | | |
| | | | ACCOUNTS RECEIVABLE | | | | |
| | | | Memo Amount:   (    127.50 ) | 3991-000 | | | |
| | | | COLLECTION FEES | | | | |
| 01/31/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 10.42 | | 26,433.47 |
| 02/07/08 | | BIORN CORPORATION | ACCOUNTS RECEIVABLE | | 329.95 | | 26,763.42 |
| | | TRUST ACCOUNT | | | | | |
| | | P.O. BOX 464 | | | | | |
| | | ROCKFORD, MN 55373 | | | | | |
| | 2 | BIORN CORPORATION | Memo Amount:      471.35 | 1121-000 | | | |
| | | | ACCOUNTS RECEIVABLE | | | | |
| | | | Memo Amount:   (    141.40 ) | 3991-000 | | | |
| | | | COLLECTION FEES | | | | |
| 02/29/08 | 13 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 6.33 | | 26,769.75 |
| 03/10/08 | 2 | BIORN CORPORATION | ACCOUNTS RECEIVABLE | 1121-000 | 45.00 | | 26,814.75 |
| 03/10/08 | | BIRON CORPORATION | ACCOUNTS RECEIVABLE | | 122.50 | | 26,937.25 |
| | 2 | BIRON CORPORATION | Memo Amount:      175.00 | 1121-000 | | | |
| | | | ACCOUNTS RECEIVABLE | | | | |
| | | | Memo Amount:   (    52.50 ) | 3991-000 | | | |
| | | | COLLECTION FEES | | | | |
| 03/31/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 6.35 | | 26,943.60 |
| 04/06/08 | | BIORN CORP | ACCOUNTS RECEIVABLE | | 105.00 | | 27,048.60 |
| | | PO BOX 464 | | | | | |
| | | ROCKFORD, MN 55373 | | | | | |

                                                           Page Subtotals        935.45            0.00

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:    05-80091 -GFK

Case Name:    OLSEN, BRIAN MARSHALL

Taxpayer ID No:    *******6039

For Period Ending:    11/29/08

Trustee Name:    RANDALL L. SEAVER

Bank Name:    BANK OF AMERICA, N.A.

Account Number / CD #:    *******7800  Money Market - Interest Bearing

Blanket Bond (per case limit):    $ 18,736,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 2 | BIORN CORP | Memo Amount:    150.00 ACCOUNTS RECEIVABLE | 1121-000 | | | |
| | | | Memo Amount: (   45.00 ) COLLECTION FEES | 3991-000 | | | |
| 04/30/08 | 13 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 5.54 | | 27,054.14 |
| 05/07/08 | 2 | BIORN CORPORATION P O BOX 464 ROCKFORD, MN  55373 | ACCOUNTS RECEIVABLE | 1121-000 | 122.50 | | 27,176.64 |
| 05/30/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.45 | | 27,180.09 |
| 06/12/08 | 000107 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA  70139 | TRUSTEE BOND PREMIUM BOND #016018055 | 2300-000 | | 32.67 | 27,147.42 |
| 06/26/08 | | BIORN CORP P O BOX 464 ROCKFORD, MN  55373 | ACCOUNTS RECEIVABLE | | 2,158.17 | | 29,305.59 |
| | 2 | BIORN CORP | Memo Amount:    3,083.10 ACCOUNTS RECEIVABLE | 1121-000 | | | |
| | | | Memo Amount: (   924.93 ) COLLECTION FEES | 3991-000 | | | |
| 06/30/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.34 | | 29,308.93 |
| 07/10/08 | | BIORN CORPORATION P O BOX 464 ROCKFORD, MN  55373 | ACCOUNTS RECEIVABLE | | 140.00 | | 29,448.93 |
| | 2 | BIORN CORPORATION | Memo Amount:    200.00 ACCOUNTS RECEIVABLE | 1121-000 | | | |
| | | | Memo Amount: (   60.00 ) COLLECTION FEE | 3991-000 | | | |
| 07/31/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.71 | | 29,452.64 |

Page Subtotals    2,436.71    32.67

Ver: 14.11

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-80091  -GFK |
| Case Name: | OLSEN, BRIAN MARSHALL |
| Taxpayer ID No: | *******6039 |
| For Period Ending: | 11/29/08 |

| | |
|---|---|
| Trustee Name: | RANDALL L. SEAVER |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7800  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 18,736,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/06/08 | | BIORN CORP<br>TRUST ACCOUNT<br>P O BOX 464<br>ROCKFORD, MN  55373 | ACCOUNTS RECEIVABLE | | 17.50 | | 29,470.14 |
| | 2 | BIORN CORP | Memo Amount:       25.00<br>ACCOUNTS RECEIVABLE | 1121-000 | | | |
| | | | Memo Amount:      (      7.50 )<br>COLLECTION FEE | 3991-000 | | | |
| 08/29/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.74 | | 29,473.88 |
| 09/07/08 | | BIORN CORP | ACCOUNTS RECEIVABLE | | 105.00 | | 29,578.88 |
| | 2 | BIORN CORP | Memo Amount:      150.00<br>ACCOUNTS RECEIVABLE | 1121-000 | | | |
| | | | Memo Amount:      (     45.00 )<br>COLLECTION FEES | 3991-000 | | | |
| 09/30/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.63 | | 29,582.51 |
| 10/11/08 | | BIORN CORP<br>PO BOX 464<br>ROCKFORD, MN  55373 | ACCOUNTS RECEIVABLE | | 105.00 | | 29,687.51 |
| | 2 | BIORN CORP | Memo Amount:      150.00<br>ACCOUNTS RECEIVABLE | 1121-000 | | | |
| | | | Memo Amount:      (     45.00 )<br>COLLECTION FEES | 3991-000 | | | |
| 10/31/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 2.87 | | 29,690.38 |

Page Subtotals        237.74        0.00

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-80091  -GFK |
| Case Name: | OLSEN, BRIAN MARSHALL |
| Taxpayer ID No: | *******6039 |
| For Period Ending: | 11/29/08 |

| | |
|---|---|
| Trustee Name: | RANDALL L. SEAVER |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7800  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 18,736,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 14,790.17 | COLUMN TOTALS | 42,959.95 | 13,269.57 | 29,690.38 |
| Memo Allocation Disbursements: | 3,507.91 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 42,959.95 | 13,269.57 | |
| Memo Allocation Net: | 11,282.26 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 42,959.95 | 13,269.57 | |

| | | | | | |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 14,790.17 | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 3,507.91 | TOTAL - ALL ACCOUNTS | 42,959.95 | 13,269.57 | 29,690.38 |
| | | Money Market - Interest Bearing - ********7800 | | | |
| Total Memo Allocation Net: | 11,282.26 | | 42,959.95 | 13,269.57 | 29,690.38 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

# PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---------|-----------|-------|----------|--------|--------------|---------------|---------------|-----------------|
| | Beginning Balance | | | | | | | $29,690.38 |
| | RANDALL L. SEAVER COMPENSATION | Admin | | $5,362.21 | $0.00 | $5,362.21 | $5,362.21 | $24,328.17 |
| | RANDALL L. SEAVER EXPENSES | Admin | | $233.70 | $0.00 | $233.70 | $233.70 | $24,094.47 |
| 000003 | FULLER, SEAVER & RAMETTE, P.A. | Admin | 025 | $752.50 | $0.00 | $752.50 | $752.50 | $23,341.97 |
| 000004 | LEONARD OBRIEN SPENCER GALE & SAYRE | Admin | 025 | $1,787.50 | $0.00 | $1,787.50 | $1,787.50 | $21,554.47 |
| 000005 | LEONARD O"BRIEN SPENCER GALE & SAYR | Admin | 025 | $2,892.50 | $0.00 | $2,892.50 | $2,892.50 | $18,661.97 |
| 000006 | LEONARD, O'BRIEN, SPENCER, GALE & SAYRE | Admin | 025 | $2.55 | $0.00 | $2.55 | $2.55 | $18,659.42 |
| 000007 | LINDA  M. BERREAU | Admin | 025 | $1,457.00 | $0.00 | $1,457.00 | $1,457.00 | $17,202.42 |
| 000008 | LINDA M. BERREAU * | Admin | 025 | $42.80 | $0.00 | $42.80 | $42.80 | $17,159.62 |
| 000001 | WILLIAM S RADZWILL | Unsec | 070 | $188,000.00 | $0.00 | $188,000.00 | $17,099.14 | $60.48 |
| 000002 | BLINE LLC | Unsec | 070 | $664.99 | $0.00 | $664.99 | $60.48 | $0.00 |
| | << Totals >> | | | $201,195.75 | $0.00 | $201,195.75 | $29,690.38 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

# Compensation and Expenses Worksheet

**Case Number:** 05-80091 GFK
**Debtor:** OLSEN, BRIAN MARSHALL

## 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

| | | | |
|---|---|---|---|
| Pursuant to 11 U.S.C. § 326, compensation is computed as follows: | | | $46,122.09 |
| | $46,122.09 | 25% of First $5,000 | $1,250.00 |
| Less   - | $5,000.00 | ($1,250 Maximum) | |
| Balance | $41,122.09 | 10% of Next $45,000 | $4,112.21 |
| Less   - | $41,122.09 | ($4,500 Maximum) | |
| Balance | $0.00 | 5% of Next $950,000 | $0.00 |
| Less   - | $0.00 | ($47,500 Maximum) | |
| Balance | $0.00 | 3% of Balance | $0.00 |

| | |
|---|---|
| TOTAL COMPENSATION CALCULATED: | $5,362.21 |
| Less Previously Paid Compensation: | $0.00 |
| **TOTAL COMPENSATION REQUESTED:** | **$5,362.21** |

## 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| | |
|---|---|
| COPY: Photocopy/Duplication Expense 801 pages @ 0.25 / page | $200.25 |
| POST: Postage 7 each @ 0.42 / each | $2.94 |
| POST: Postage 1 each @ 30.51 / each | $30.51 |

| | |
|---|---|
| TOTAL EXPENSES CALCULATED: | $233.70 |
| Less Previously Paid Expenses: | $0.00 |
| **TOTAL EXPENSES REQUESTED:** | **$233.70** |
| **TOTAL EXPENSES AND COMPENSATION REQUESTED:** | **$5,595.91** |

**DATED: 11/29/08**

SIGNED _____     TRUSTEE:  RANDALL L. SEAVER

12400 PORTLAND AVENUE SOUTH

SUITE 132

# Compensation and Expenses Worksheet

**Case Number:** **05-80091 GFK**
       **Debtor:** **OLSEN, BRIAN MARSHALL**

                                                                                  **BURNSVILLE, MN  55337**